# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JOSE ELIAS SEPULVEDA,**

    **Plaintiff,**

**v.**                                                         **Case No. 1:19-cv-183-AW-GRJ**

**CALEB SEPULVEDA, SR., et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

This Court has considered the magistrate judge's report and recommendation (ECF No. 7) and has also considered de novo Plaintiff's objections (ECF No. 8). The report and recommendation is accepted and adopted as the Court's opinion, notwithstanding Plaintiff's objections. The Clerk is directed to enter judgment stating, "This case is dismissed as frivolous." The Clerk is also directed to close the file.

SO ORDERED on November 5, 2019.

                                                 s/ *Allen Winsor*
                                                 United States District Judge